**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **-vs-** | **)** | **No. CR-24-436-G** |
| | **)** | |
| **MARIELLE SMITH, *et al.*,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

**<u>NOTICE OF EXPERT WITNESS</u>**

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the United

States hereby gives notice of its intention to introduce expert witness

testimony from the following individual in its case-in-chief at trial:[1]

**A.    <u>TAYLOR M. CLARK:</u>** Taylor M. Clark is a senior forensic

chemist with the Drug Enforcement Administration. Ms. Clark tested fentanyl

that was seized during the course of this conspiracy, specifically, on or about

June 13, 2023. The government anticipates calling Ms. Clark to testify as to

---

[1]    Under Federal Rule of Evidence 702, expert testimony is admissible when that expert is qualified, and the opinion is both relevant and reliable. Fed. R. Evid. 702 (requiring that experts have "specialized knowledge [that] will help the trier of fact to understand the evidence or to determine a fact in issue"). The United States has provided defense counsel with a copy of the report (separate and apart from these disclosures) prepared by this expert witness.

her drug testing of the substances seized during this investigation and the weights of those substances, as well as the scientific procedures used to reach her conclusion. The United States anticipates that Ms. Clark will testify that the substances she tested for this case tested positive for approximately 2,403 grams of a mixture or substance containing fentanyl. Her CV and list of previous testimony has been produced separately to defense counsel.

I hereby affix my electronic signature below because I approve of the summary of my anticipated testimony as detailed above.

s/ *Taylor M. Clark*
TAYLOR M. CLARK

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

s/ *Stephen Hoch*
STEPHEN HOCH (OBA 35133)
Assistant United States Attorney
210 Park Ave., Suite 400
Oklahoma City, OK 73102
(405) 553-8700 (Office)
(405) 553-8888 (Fax)
Stephen.Hoch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants of record in this matter.

*s/ Stephen Hoch*
Assistant United States Attorney