**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CR-24-436-G-1** |
| | ) | |
| **MARIELLE SMITH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Now before the Court is Defendant Marielle Smith's Motion (Doc. No. 541) seeking to limit the testimony of the Government's witnesses and agents. The Government has responded (Doc. Nos. 573, 692).

Defendant asks the Court to "prevent government witnesses who are not tendered as expert witnesses from testifying about the meaning of ordinary language" or "providing summary testimony about the contents of voluminous evidence." Def.'s Mot. at 6.

On August 10, 2026, the Court heard argument on the Motion. *See* Doc. No. 680. Having considered the parties' arguments, the Court finds that the appropriate time for Defendant to raise these objections is at trial. *See United States v. McGirt*, No. 20-CR-050, 2023 WL 7921093, at *3 (E.D. Okla. Nov. 15, 2023) ("Where the admissibility of certain evidence turns upon what facts are developed at trial, it is the better practice to wait

until trial to decide the objections." (internal quotation marks omitted)).

Accordingly, Defendant's Motion (Doc. No. 541) is DENIED without prejudice.

IT IS SO ORDERED this 13th day of August, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge