**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CR-24-436-G-1** |
| | ) | |
| **MARIELLE SMITH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Now before the Court is Defendant Marielle Smith's Motion (Doc. No. 719), seeking an order directing the Department of Justice to release to the defense "all documents and information relating to its O.I.G. investigation announced publicly" on August 17, 2026. *Id.* at 11. The Government has filed a Response (Doc No. 734).

At the Court's November 5, 2026 hearing, the Court heard argument from Defendant regarding the factual basis for the Motion. The Court finds that, even taking as true that the O.I.G. investigation includes an inquiry into whether the DEA, when investigating the "Smith D.T.O.," improperly allowed fentanyl or other illegal drugs to be delivered to a member of the public, such fact does not justify the relief requested. Any such act would not be material to the charge against Defendant or any defense thereto. While Defendant argues that being investigated might bias the testimony of DEA witnesses, that limited point may be made without any O.I.G. records and certainly would not support the production requested, i.e. "all" records related to the O.I.G. investigation.

Accordingly, Defendant's Motion (Doc. No. 719) is DENIED. The Government is,

however, DIRECTED to promptly notify the Court if it learns that any law enforcement officer involved in the investigation of the "Smith D.T.O." is a subject of the O.I.G. investigation or, alternatively, becomes aware of any information negating such a finding.

IT IS SO ORDERED this 13th day of November, 2026.

CHARLES B. GOODWIN
United States District Judge