**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CR-24-436-G-1** |
| | ) | |
| **MARIELLE SMITH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Now before the Court is Defendant Marielle Smith's Motion (Doc. No. 752), seeking to unseal portions of the transcript of prosecution witness F.M.'s sentencing hearing. The Government does not oppose the request; however, the Motion states that F.M.'s counsel objects. *See id.* at 1.

At the Court's November 5, 2026 hearing in this matter, the Court heard from the parties regarding their respective interests and any privacy or safety concerns. The parties ultimately agreed that limited disclosure would be appropriate.

Based on the parties' agreement, and finding that Defendant's interest in obtaining the requested material outweighs the confidentiality concerns advanced by counsel for F.M., Defendant's Motion (Doc. No. 752) is GRANTED as follows: F.M.'s sentencing transcript shall be temporarily unsealed for the limited purpose of producing it to Defendant's counsel, subject to the terms of the protective order (Doc. No. 161) previously

entered by the Court.

IT IS SO ORDERED this 13th day of November, 2026.

CHARLES B. GOODWIN
United States District Judge