**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CR-24-436-G-1** |
| | ) | |
| **MARIELLE SMITH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Now before the Court is the Government's ex parte Motion (Doc. No. 792), submitting reports of Rule 11 proffers and grand jury testimony of cooperating witnesses for the Court's *in camera* review.

On October 23, 2026, the Court ordered the Government to disclose these reports to Defendant. *See* Order of Oct. 23, 2026 (Doc. No. 793). At the Court's November 5, 2026 hearing in this matter, the Government acknowledged the Court's subsequent Order and withdrew its Motion.

Accordingly, the Government's ex parte Motion (Doc. No. 792) is DEEMED WITHDRAWN.

IT IS SO ORDERED this 13th day of November, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge