**Davis, Drew (USAOKW)**

**From:** Josh Moore <Josh_Moore@fd.org>
**Sent:** Friday, November 6, 2026 6:19 PM
**To:** Hoch, Stephen (USAOKW)
**Cc:** Davis, Drew (USAOKW)
**Subject:** [EXTERNAL] RE: OIG

I will not be producing a copy of the full email exchange. I did not represent that I would do so, nor did Judge Goodwin order me to. On the contrary, I offered to provide the exact quote which I read in court since you did not have an opportunity to write it down.

We are aware of our disclosure obligations pursuant to Rule 16.

---

**From:** Hoch, Stephen (USAOKW) <Stephen.Hoch@usdoj.gov>
**Sent:** Friday, November 6, 2026 12:29 PM
**To:** Josh Moore <Josh_Moore@fd.org>
**Cc:** Davis, Drew (USAOKW) <Drew.Davis@usdoj.gov>
**Subject:** RE: OIG

**[EXTERNAL EMAIL]** Do not click links or open attachments unless you trust the sender.

Josh,

We'd request that you provide a copy of the full email from Mr. Mustian dated August 18, 2026, as you represented you would in Court yesterday.

Additionally, we'd re-urge our request for reciprocal discovery in this matter (originally sent on August 25, 2026) pursuant to Fed. R. Crim. P. 16. In view of the fact that the defense team has interviewed at least one co-defendant in this matter, as well as the fact that the defense team represented an intention of calling up to six witnesses at trial, we would expect there to be responsive documents to our request.

Thanks,
Stephen

---

**From:** Josh Moore <Josh_Moore@fd.org>
**Sent:** Friday, November 6, 2026 7:41 AM
**To:** Hoch, Stephen (USAOKW) <Stephen.Hoch@usdoj.gov>
**Subject:** [EXTERNAL] OIG

Stephen,

Per J Goodwin's order yesterday, I am now sending you the verbatim language of the information we received in August. The reporter is named Jim Mustain. If you decide to contact him and learn anything of substance about the pending investigation, we would expect it to be disclosed immediately to the defense in view of our impending trial date.

GOVERNMENT EXHIBIT 1

"I have on good authority that one of the cases OIG is digging into as part of this national Title-III audit is the one you guys are preparing to try in OKC – for what it's worth."

Josh D. Moore
Trial Attorney

FEDERAL DEFENDER PROGRAM
Northern District of Georgia

1500 Centennial Tower
101 Marietta Street, NW
Atlanta, Georgia 30303
404-688-7530 (office)